**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FRANCONIA ASSOCIATES,
a Limited Partnership, et al.,

Plaintiffs,

**Case Nos. 97-381C & 97-38128C**
**Judge Francis M. Allegra**

v.

THE UNITED STATES

Defendant.

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF VALLEY ASOCIATES' MOTION FOR LEAVE TO SUPPLEMENT RECORD**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiffs respectfully request an enlargement of time of six (6) business days, up to and including Tuesday, December 7, 2004, for the purpose of filing their Reply Memorandum in Support of Plaintiff Valley Associates' Motion for Leave to Supplement Record. Plaintiffs' Reply Memorandum is currently due on Monday, November 29, 2004. This is plaintiffs' first request for an enlargement of time for this purpose. Plaintiffs have informed counsel for the defendant of their intention to seek this enlargement of time and the defendant does not object to or intend to oppose plaintiffs' motion.

Counsel for plaintiffs continue to work diligently in an effort to complete and file their Reply Memorandum in Support of Plaintiff Valley Associates' Motion for Leave to Supplement Record. However, plaintiffs' ability to prepare their Reply Memorandum has been hampered by significant commitments in other pending matters. The press of time involving these matters has

prevented plaintiffs' counsel from being able to dedicate a sufficient amount of time to complete said Reply Memorandum by the current due date. Most significantly, counsel for plaintiffs are engaged in the trial of *Chancellor Manor v. United States*, No. 98-39C (Judge Lettow). The trial of that matter commenced on November 8, 2004 and will continue through the month of November and into December. In addition, counsel for plaintiffs currently are preparing a Second Amended Complaint in *A.F.T.E.R., Inc. v. United States*, File No. 03-2264C (Judger Braden), which requires locating documents from years ago in a case involving 119 plaintiffs who own 148 properties. Further, various filings in *Allegre Villa v. United States*, No. 98-823C (Judge Miller), and numerous other related matters have demanded a large portion of counsel's time during this period.

Accordingly, plaintiffs respectfully request that the Court grant their Unopposed Motion for Enlargement of Time for good cause shown and extend the current deadline for filing their Reply Memorandum in Support of Plaintiff Valley Associates' Motion for Leave to Supplement Record by six calendar days up to and including December 7, 2004.

Respectfully submitted,

Dated: November 28, 2004

**s/Jeff H. Eckland**

Jeff H. Eckland
Attorney for Plaintiffs

**Filed Electronically**

ECKLAND & BLANDO LLP
Mark J. Blando, Of Counsel
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Telephone: 612-305-4440
Facsimile: 612-305-4439